IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00832-PAB-KLM

WADE GAGON,
VALERIE VAN TESSELL, and
DAVID WILLIAMS,
    individually and on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

MERIT ENERGY COMPANY, LLC, formerly known as Merit Energy Company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion for Leave to Amend the Class Action Complaint to Correct Party Names** [#18] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Plaintiffs' Amended Complaint is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Plaintiffs shall file a non-redlined version of the Amended Complaint [#18-1] **on or before May 19, 2014**.

    Dated:  May 12, 2014