IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00832-PAB-KLM

WADE GAGON,
VALERIE VAN TESSELL, and
DAVID WILLIAMS,
      individually and on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

MERIT ENERGY COMPANY, LLC, formerly known as Merit Energy Company,

      Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Unopposed Motion for Entry of Agreed Protective Order [#32]** (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order [#32-1, #32-2] supplied by Defendant is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated: July 31, 2014