IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00832-PAB-KLM

WADE GAGON,
VALERIE VAN TESSELL, and
DAVID WILLIAMS,
     individually and on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

MERIT ENERGY COMPANY, LLC, formerly known as Merit Energy Company,

     Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiffs' **Unopposed Motion for Entry of Supplemental Protective Order [#37]** (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

     IT IS FURTHER **ORDERED** that the Protective Order [#37-1] supplied by Plaintiffs is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

     Dated: October 31, 2014