IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00832-PAB-KLM

WADE GAGON,
VALERIE VAN TESSELL, and
DAVID WILLIAMS,
      individually and on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

MERIT ENERGY COMPANY, LLC, formerly known as Merit Energy Company,

      Defendant.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Unopposed Motion to Restrict Public Access** [#56] (the "Motion"). In accordance with D.C.COLO.LCivR 7.2(d), the Motion was publicly posted to allow for any objections to the sealing of the documents. No timely objections were filed. Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy, and the parties have shown that a less restrictive alternative is not practicable. Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#56] is **GRANTED**.

     IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following items **UNDER RESTRICTION** at **LEVEL 1**:[1] (1) [#58] (consisting of Exhibits 5f and 5c) and (2) [#60] (consisting of Exhibit 5b on conventionally submitted material, i.e., one compact disk located in the Clerk of Court's Office).

     Dated:  April 22, 2015

_____

    [1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2.