IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00832-PAB-KLM

WADE GAGNON,
VALERIE VAN TASSEL, and
DAVID F. WILLIAMS,
   individually and on behalf of themselves and all others similarly situated,

   Plaintiffs,

v.

MERIT ENERGY COMPANY, LLC, formerly known as Merit Energy Company,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **June 30, 2015 Oral Motion to Compel** (the "Oral Motion") and on Defendant's **Unopposed Motion to Vacate Hearing Regarding Discovery Dispute** [#84] (the "Motion to Vacate"). Defendant asserts that the parties have resolved the discovery dispute underlying the Discovery Hearing set for July 31, 2015 at 10:00 a.m. Accordingly,

   IT IS HEREBY **ORDERED** that the Motion to Vacate [#84] is **GRANTED**. The Telephonic Discovery Hearing scheduled for July 31, 2015, at 10:00 a.m. is **VACATED**.

   IT IS FURTHER **ORDERED** that the Oral Motion is **DENIED as moot**.

   Dated:  July 28, 2015