IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00832-WJM-KLM

WADE GAGON,
VALERIE VAN TESSELL, and
DAVID WILLIAMS,
      individually and on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

MERIT ENERGY COMPANY, LLC, formerly known as Merit Energy Company,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Unopposed Motion for Extensions of Time to File Class Certification Reply Brief and on Related Deadlines** [#92] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#92] is **GRANTED**. (1) Plaintiffs' class certification reply, with any rebuttal evidence, including rebuttal expert disclosures, if any, shall be filed **on or before October 14, 2015**. (2) The deadline for service of written discovery directed to class certification issues is extended to **September 12, 2015**. (3) The class certification discovery cutoff deadline is extended to **October 14, 2015**. (4) The deadline for either party to submit a motion for oral argument and/or an evidentiary hearing on the class certification motion is **October 15, 2015**.

      Dated: September 10, 2015